WR-83,035-01,02,03,04

The State of Texas                                          In The District Court
vs.                                                          Red River County
Robert Lynn McCarver                                        6Th Judicial Dist.

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 16 2015
Abel Acosta, Clerk

Writ Number:                                    MOTION DENIED
        Cro 1215- HC1                           DATE: 11-20-15
                                                BY: PC
        Cro 1228- HC1

        Cro 1229- HC1

        Cro 1260  HC1


                    Motion for Extension
                        of Time


        On Friday November 6 2015 the finding of fact and Pro-
Posed Conclusion of law reached the Telford Unit mailroom.
It was sent to the Bill Clements Unit. Petitioner is on the
Telford Unit in New Boston Texas.


        Petitioner desires to file a response to the Finding of fact
and Conclusion of Law, Petitioner seeks the Court to Grant a
30 day extention for this Purpose. There has not been requested
a Motion for Extention of Time by Petitioner in this matter.

Petitioner would also request the record to reflect his current address at Telford Unit 3899 st. Hwy 98 New Boston Texas 75570

## Prayer

Petitioner does hereby Pray that this Court Grant This Motion for Extention of Time.

Respectfully submitted

Robert M= Carver

Robert Lynn McCarver 1825693

Telford Unit

3899 st Hwy 98

New Boston Tx 75570